IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL LOU GARRETT | ) | 3:05-CV-1033-K |
| | ) | U.S. DISTRICT COURT |
| VS. | ) | FOR THE NORTHERN |
| | ) | DISTRICT OF TEXAS - |
| DOUGLAS DRETKE, Director, | ) | DALLAS DIVISION |
| Texas Department of Criminal | ) | |
| Justice Correctional Institutions | ) | **FILED** |
| Division | ) | August 12, 2005 |

**ORDER**     CLERK, U.S. DISTRICT
COURT

After making the review required by 28 U.S.C. § 636(b), the Court finds the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS ORDERED that Petitioner's in forma pauperis status is withdrawn and the Clerk is directed to unfile the federal habeas petition filed in this action.

**SO ORDERED**.

Signed this 10th day of August, 2005.

/s/
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

# CLOSED

# CASE #    3:05-CV-1033-K

# DATE    8/12/05

# TRIAL?  NO